# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

————————————————

## No. 201700306

————————————————

## UNITED STATES OF AMERICA
Appellee

v.

## DEVAN W. WATT
Corporal (E-4), U.S. Marine Corps
Appellant

————————————————

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, Command Element, II
Marine Expeditionary Force, Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Colonel John M. Henry,
USMC.
For Appellant: Commander C. Eric Roper, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

————————————————

Decided 21 December 2017

————————————————

Before MARKS, JONES, and STINSON, *Appellate Military Judges*

————————————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court